**Order entered August 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00894-CV

### TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant

### V.

### JOSEPH MCRAE, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04163**

## ORDER

In an order dated August 18, 2014, we ordered Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, to file, by August 29, 2014, either the reporter's record or written verification that appellant had not paid for the record. On that same date, the Court received a letter from Vielica Dobbins informing the Court that there is no reporter's record. On August 19, 2014, appellant filed a docketing statement on which he verified that there is no reporter's record in this case.

On the Court's own motion, we **ORDER** appellant to file his brief in this accelerated appeal on or before **September 9, 2014**. *See* TEX. R. APP. P. 38.6(a). We **DIRECT** the clerk of this Court to send a copy of this order by electronic transmission to Vielica Dobbins and all counsel of record.

/s/     ADA BROWN
          JUSTICE